United States District Court
Southern District of Texas
**ENTERED**
September 09, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| KERRY RHOTENBERRY AND ROBERT RHOTENBERRY<br>*Plaintiffs,*<br><br>v.<br><br>NATIONWIDE INSURANCE COMPANY OF AMERICA, SCOTTSDALE INSURANCE COMPANY<br>*Defendants.* | § § § § § § § § § § | CIVIL ACTION NO. 6:20-cv-00008 |

### ORDER GRANTING AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Came to be considered the Agreed Stipulation of Dismissal with Prejudice urged by Plaintiffs Kerry Rhotenberry and Robert Rhotenberry and Defendants Nationwide Insurance Company of America and Scottsdale Insurance Company. The Court, having read the Agreed Stipulation, is of the opinion that the Stipulation should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that all claims made in this lawsuit are hereby dismissed with prejudice, with each party to bear its own costs.

Signed this 9th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE

1